# United States Court of Appeals
## For the First Circuit

No. 14-1194

UNITED STATES OF AMERICA,

Appellee,

v.

VÍCTOR MANUEL CARELA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 4, 2015 is amended as follows:

On page 3, line 2: "uncovered" is replaced with "discovered"

On page 3, line 4: "for" is replaced with "of"

On page 3, line 8: "may" is replaced with "might"

On page 3, line 9: "on" is replaced with "in"

On page 3, footnote 2, line 3: change "has" with "had"

On page 5, line 7: insert "of a" between "draft" and "contract"

On page 5, line 19: "via" is replaced with "pursuant to"

On page 19, line 13: change "Vessel" to "vessel"